## GENERAL COURT, (E. S.) SEPT. TERM, 1799.

### LEATHERBURY *vs.* BENNETT.

ASSUMPSIT.   The declaration contained three counts. 1st. Money had and received. 2d. Money paid away and expended. And 3d. Money lent. The defendant pleaded the general issue.

*Martin,* (Attorney-General,) and *Dashiell,* for the defendant, offered in evidence to the jury a receipt passed by *William Polk,* esquire, to the defendant, for money paid to him by the defendant for the plaintiff's use, and had a witness ready to prove Mr. *Polk*'s hand writing, Mr. *Polk* being still living.

*Key* and *Bayly,* for the plaintiff, objected; and

THE COURT were of opinion that such evidence could not be received. Mr. *Polk* was living, and the best evidence of the receipt of the money.

A juror was withdrawn by consent, and the case *discontinued,* without costs.